STATE OF NEW JERSEY, PLAINTIFF - PETITIONER, v.
HERBERT LEE CAMPBELL, DEFENDANT-RESPONDENT.

See same case below: 97 *N. J. Super.* 435

*Mr. Brendan T. Byrne* and *Mr. James R. Zazzali* for the petitioner.

*Messrs. Querques, Isles & Weissbard* for the respondent.

March 12, 1968. Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
WILLIAM SIMMONS, DEFENDANT-PETITIONER.

See same case below: 98 *N. J. Super.* 430.

*Mr. Peter Murray* and *Mr. Mark D. Larner* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Barry H. Evenchick* for the respondent.

March 12, 1968. Granted.

PIETER VELKERS, JR., *ET AL.*, PLAINTIFFS-RESPONDENTS,
v. GLENS FALLS, INSURANCE COMPANY, *ET AL.*, DE-
FENDANTS-RESPONDENTS AND INDEMNITY INSUR-
ANCE COMPANY OF NORTH AMERICA, DEFENDANT-
PETITIONER.

See same case below: 98 *N. J. Super.* 166.

*Messrs. Schneider & Morgan* and *Mr. Robert J. C. McCoid* for the petitioner.

*Messrs. Gaffey, Webb & McDermott* and *Messrs. Budd, Larner, Kent & Gross* for the respondents.

March 12, 1968. Denied.